■ In the Matter of BRUCE J. HENRY, Appellant, v TOWN OF BARRINGTON ZONING BOARD OF APPEALS, Consisting of Members TOM MURRIN and Others, Respondent. [999 NYS2d 911]—Appeal from a judgment (denominated order) of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered July 29, 2013 in a CPLR article 78 proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the

decision at Supreme Court. Present—Smith, J.P., Fahey, Whalen and DeJoseph, JJ.